UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WESLEY MEEKS, | ) | Case No. ED CV 12-182 PA (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MAURICE JUNIOUS, Warden | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 8, 2012

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE